*In re* **Howard**, George C., Jr. (MR 18260)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent George C. Howard, Jr. is suspended from the practice of law for three years and until further

order of the Court, effective March 22, 2002, and respondent is directed to make restitution to Stephanie and Catherine Marble in the amount of $5,000. Fitzgerald, J., took no part.